UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

### CASE AND DEADLINE INFORMATION

Civil Action No.: 2:24-cv-00343-JRG

Name of party requesting extension: Cloudflare, Inc.

Is this the first application for extension of time in this case?    ☑ Yes
    ☐ No

If no, please indicate which application this represents:    ☐ Second
    ☐ Third
    ☐ Other _____

Date of Service of Summons: 06/10/2024

Number of days requested:    ☐ 30 days
    ☐ 15 days
    ☑ Other  45  days

New Deadline Date: 08/15/2024    *(Required)*

### ATTORNEY FILING APPLICATION INFORMATION

Full Name: Steven Callahan

State Bar No.: 24053122

Firm Name: Charhon Callahan Robson & Garza, PLLC

Address: 3333 Lee Parkway, Suite 460
 Dallas, Texas 75219

Phone: 469-587-7240

Fax:  214-764-8392

Email: scallahan@ccrglaw.com

A certificate of conference does not need to be filed with this unopposed application.