IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| Touchpoint Projection Innovations, LLC, <br><br> Plaintiff, <br><br> v. <br><br> Cloudflare, Inc., <br><br> Defendant. | Civil Action No. 2:24-cv-00343-JRG <br> (Lead Case) |

## DECLARATION OF STEVEN CALLAHAN

I, Steven Callahan, declare as follows:

1. My name is Steven Callahan. I am over the age of twenty-one and have never been convicted of any felony. I have personal knowledge of the following facts and statements in this declaration and, if called as a witness, I could and would testify competently thereto.

2. I am a Member of the Bar of this Court and I am counsel of record for Defendant Cloudflare, Inc.

3. I have resided within Dallas County, Texas for approximately twenty years.

4. I have confirmed that 1950 N Stemmons Freeway, Dallas, Texas 75207, is within Dallas County, Texas. I did this as follows:

1

5.  I went to the Dallas Central Appraisal District's website (https://www.dallascad.org/SearchAddr.aspx) and typed in "1950" for "Address Number" and "Stemmons" for "Street Name." An image of returned search is here:



6.  This search therefore shows that 1950 N Stemmons Freeway, Dallas, Texas 75207, is within Dallas County, Texas.

7.  I understand that Dallas County, Texas, is located within the Northern District of Texas. *See* 28 U.S.C. § 124 ("Texas is divided into four judicial districts to be known as the Northern, Southern, Eastern, and Western Districts of Texas. Northern District (a) The Northern District comprises seven divisions. (1) The Dallas Division comprises the counties of Dallas, Ellis, Hunt, Johnson, Kaufman, Navarro, and Rockwall. Court for the Dallas Division shall be held at Dallas.").

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 15, 2024, in Marshall,

Texas.

_____

STEVEN CALLAHAN