IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **Touchpoint Projection Innovations, LLC,**<br><br>    Plaintiff,<br><br>    v.<br><br>**Cloudflare, Inc.,**<br><br>    Defendant. | Civil Action No.<br>2:24-cv-00343-JRG<br>(Lead Case) |
| **Touchpoint Projection Innovations, LLC,**<br><br>    Plaintiff,<br><br>    v.<br><br>**Imperva, Inc.,**<br><br>    Defendant. | Civil Action No.<br>2:24-cv-00345-JRG<br>(Member Case) |

**ORDER**

    Before the Court is Defendant Cloudflare, Inc.'s Motion to Dismiss Plaintiff's Original Complaint for Improper Venue (the "Motion"). After careful consideration, the Motion is **GRANTED**.