THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **TOUCHPOINT PROJECTIONS INNOVATIONS, LLC,**<br><br>    Plaintiff,<br><br>v.<br><br>**CLOUDFLARE, INC.,**<br><br>    Defendant. | **CASE NO. 2:24-cv-00343-JRG** |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF CLOUDFLARE, INC.

Plaintiff Touchpoint Projection Innovations, LLC hereby submits this Notice of Voluntary Dismissal with Prejudice of Defendant Cloudflare, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), with each party to bear its own costs, expenses and attorneys' fees.

Defendant has not served either an answer or a motion for summary judgment.

Dated:  October 18, 2024

Respectfully Submitted,

*/s/ Randall Garteiser*
Randall Garteiser
  Texas Bar No. 24038912
  rgarteiser@ghiplaw.com

**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420
Facsimile: (903) 405-3999

**COUNSEL FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on this Friday, October 18, 2024.

/s/ Randall Garteiser
Randall Garteiser