IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TOUCHPOINT PROJECTIONS INNOVATIONS, LLC, § § § *Plaintiffs*, § § v. § § CLOUDFLARE, INC., § § § *Defendant*. § | | CIVIL ACTION NO. 2:24-CV-00343-JRG (LEAD CASE) |
| v. § § IMPERVA, INC., § § *Defendant*. § § § | | CIVIL ACTION NO. 2:24-CV-00345-JRG (MEMBER CASE) |

## ORDER

Before the Court is the Notice of Voluntary Dismissal with Prejudice of Cloudflare, Inc. (the "Notice") filed by Plaintiff Touchpoint Projection Innovations, LLC. (Dkt. No. 27.) In the Notice, Plaintiff dismisses all claims against Defendant Cloudflare, Inc. with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (*Id.*)

Having considered the Notice, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted by Plaintiff against Defendant Cloudflare, Inc. in the Lead Case, Case No. 2:24-cv-00343, are **DISMISSED WITH PREJUDICE**. It is further **ORDERED** that each party bear its own costs, attorneys' fees, and expenses. All pending requests for relief in Case No. 2:24-cv-00343 not expressly granted herein are **DENIED AS MOOT**. The Clerk is directed to **MAINTAIN AS OPEN** the Lead Case, Case No. 2:24-cv-00343, as parties and claims remain.

## So Ordered this

**Oct 19, 2024**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE